FILED

FEB 11 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RODNEY BROWN,<br><br>          Petitioner,<br><br>          v.<br><br>LEROY D. BACA,<br><br>          Respondent.<br>_____ | Case No. CV 13-0660-PA (MLG)<br><br>JUDGMENT |

 

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: February 8, 2013



Percy Anderson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY